UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JESSICA BATTISTE

VERSUS

AVOYELLES PARISH CLERK
OF COURT OFFICE

CIVIL ACTION

NO. 16-464-JWD-EWD

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 2, 2016, to which no objection was filed:

**IT IS ORDERED** that this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee, pursuant Federal Rule of Civil Procedure 41(b).

Signed in Baton Rouge, Louisiana, on December 5, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**